WILLIAM E. KLING, Appellant, *v.* GOTTLIEB H. TOBIAS, Respondent.

*Kling* v. *Tobias,* 176 App. Div. 947, affirmed.

(Argued April 29, 1919; decided May 20, 1919.)

APPEAL from a judgment entered February 6, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The complaint alleged the incorporation of the Corning News Company, under the laws of the state of New York, on or about July 30, 1906; that the plaintiff became a stockholder owning twenty-five shares of stock, on or about February 28, 1907; that the defendant since prior to May 9, 1913, had been the treasurer and chief financial officer of the said corporation; and that on May 10, 1913, at Corning, N. Y., the plaintiff made a written request to the defendant for a statement of its affairs, pursuant to section 69 of the Stock Corporation Law. It is further alleged that the defendant refused and neglected to comply with the said request and that by reason thereof forfeited to the plaintiff $8,490, and judgment was demanded for that amount, with costs. The Appellate Division held: " 1. There is a failure of proof that the person served with notice under the Business Corporation Law was the treasurer or financial officer of the corporation at the time of service of the notice. 2. The proof shows that

the plaintiff was not a stockholder in the corporation. (See *Hapgood* v. *Lusch*, 123 App. Div. 23.) "

*James O. Sebring* for appellant.

*Thomas F. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.